### 34287. HENDRIX v. KICKLIGHTER.

PER CURIAM.

This is an action to cancel a note and security deed and for damages. Plaintiff appeals the grant of summary judgment in favor of defendant. We reverse.

This record supports the presence of a question of fact for the jury as to whether or not plaintiff Hendrix signed the promissory note for $14,000 held by Kicklighter.

*Judgment reversed. All the Justices concur.*

SUBMITTED DECEMBER 1, 1978 — DECIDED JANUARY 24, 1979.

*D. Duston Tapley, Jr.,* for appellant.

*B. Daniel Dubberly, Jr., David Baxter,* for appellee.